Certificate Number: 17572-PAM-DE-034550934

Bankruptcy Case Number: 20-01725



17572-PAM-DE-034550934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2020, at 9:03 o'clock AM PDT, Larry Hogg completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 11, 2020

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor