# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Veron Hogg<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Larry Veron Hogg<br>**Debtor(s)**<br><br>Charles J. DeHart, III Esq.,<br>**Trustee** | BK NO. 20-01725 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, James C. Warmbrodt of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 01, 2020</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Larry Veron Hogg
1555 East Market Street
York, PA 17403

Attorney for Debtor(s)
Brent Diefenderfer, CGA Law Firm
135 North George Street
York, PA 17401

<u>Trustee</u>
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>July 01, 2020</u>

**/s/James C. Warmbrodt Esquire**
James C. Warmbrodt Esquire
Attorney I.D. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com