July 10, 2020

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re:  **Hogg, Larry V.
1:20-bk-01725**

Dear Sirs:

Please change the address for the Debtor:

Old Address:

Larry V. Hogg
1555 East Market Street
Apt 6
York, PA 17403

**New Address:**

**Lary V. Hogg
5611 Mount Pisgah Road
York, PA 17406**


Thank you.

Sincerely,

/s/ Brent Diefenderfer

Brent Diefenderfer

BCD/klb