```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 20-01725-HWV
Larry Veron Hogg                                                   Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke            Page 1 of 1            Date Rcvd: Jul 14, 2020
                            Form ID: ntcnfhrg          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db            +Larry Veron Hogg,    5611 Mount Pisgah Road,    York, PA 17406-9102
5332572       +AR RESOURCES, INC.,    ATTN: BANKRUPTCY,    PO BOX 1056,    BLUE BELL, PA 19422-0287
5332573       +BANK OF AMERICA,    4909 SAVARESE CIRCLE,    FL1-908-01-50,    TAMPA, FL 33634-2413
5332574       +BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY,    PO BOX 8801,    WILMINGTON, DE 19899-8801
5332567       +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5332576       +COUNTY OF YORK,    28 E MARKET ST,    YORK, PA 17401-1503
5332578       +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                PHILADELPHIA, PA 19106-1541
5332566       +LARRY VERON HOGG,    1555 EAST MARKET STREET,    APT 6,    YORK, PA 17403-1256
5332583       +MEMORIAL HOSPITAL,    325 S. BELMONT STREET,    PO BOX 15118,    YORK, PA 17405-7118
5332584        MEMORIAL HOSPITAL,    1605 VALLEY CENTER PKWY.,    SUITE 200,    BETHLEHEM, PA 18017-2345
5332582        MEMORIAL HOSPITAL,    P. O. BOX 1280,    OAKS, PA 19456-1280
5332585       +MEMORIAL HOSPITAL & HEALTH CENTER,    PATIENT ACCOUNTS DEPT.,    800 W 9TH STREET,
                JASPER, IN 47546-2514
5332569       +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5332568       +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5332586       +STERN AND EISENBERG PC,    1581 MAIN ST STE 200,    WARRINGTON, PA 18976-3403
5332587        VIGILNET AMERICA LLC,    11 MARKET STREET,    YORK, PA 17401
5332588       +VIGILNET AMERICA LLC,    4862 S. 96TH STREET,    SUITE 2,    OMAHA, NE 68127-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5332575       +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jul 14 2020 20:21:07      COLLECTION CENTER,
                ATTN: BANKRUPTCY,    PO BOX 8666,    LANCASTER, PA 17604-8666
5332570        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 14 2020 20:20:34      INTERNAL REVENUE SERVICE,
                CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5332579       +E-mail/Text: bncnotices@becket-lee.com Jul 14 2020 20:20:28      KOHLS/CAPITAL ONE,
                ATTN: CREDIT ADMINISTRATOR,    PO BOX 3043,    MILWAUKEE, WI 53201-3043
5332580        E-mail/Text: camanagement@mtb.com Jul 14 2020 20:20:37      M & T BANK,    ATTN: BANKRUPTCY,
                PO BOX 844,    BUFFALO, NY 14240
5332581        E-mail/Text: camanagement@mtb.com Jul 14 2020 20:20:37      M & T BANK,    PO BOX 900,
                MILLSBORO, DE 19966
5338968        E-mail/Text: camanagement@mtb.com Jul 14 2020 20:20:37      M&T Bank,    PO Box 840,
                Buffalo, NY 14240
5332571       +E-mail/Text: kcm@yatb.com Jul 14 2020 20:20:25      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                YORK, PA 17405-0156
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5332577         KATRINA HOGG
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor 1 Larry Veron Hogg bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Larry Veron Hogg, | Chapter 13 |
| **Debtor 1** | Case No. 1:20–bk–01725–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 26, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 14, 2020 |

ntcnfhrg (03/18)