UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LARRY VERON HOGG    : CHAPTER 13
   Debtor(s)       :
               :
   CHARLES J. DEHART, III  :
   STANDING CHAPTER 13 TRUSTEE :
   Movant        :
               :
   vs.          :
               :
   LARRY VERON HOGG    :
   Respondent(s)     : CASE NO. 1-20-bk-01725

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

    AND NOW, this  23rd  day of October, 2020, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about August 27, 2020 be withdrawn, as all issues have been resolved.

          Respectfully submitted:

          /s/Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this  23rd  day of October, 2020, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Brent Diefenderfer, Esquire
135 North George Street
York, PA  17401

         /s/Deborah A. Behney
         Office of Charles J. DeHart, III
         Standing Chapter 13 Trustee