## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Veron Hogg | |
| Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns | |
| Movant | |
| vs. | |
| Larry Veron Hogg | NO. 20-01725 HWV |
| Debtor(s) | |
| Jack N. Zaharopoulos | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the NOTICE OF DEBTOR'S REQUEST FOR

FORBEARANCE DUE TO THE COVID-19 PANDEMIC of M&T Bank, which was filed with the

Court on or about **6/2/2021, Document Number 48**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: 7/20/2021