IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LARRY VERON HOGG | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPLOS, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | CASE NO. 1: 20-bk-00801-HWV |
| | : | |
| BRENT C. DEFENDERFER, ESQUIRE | : | TRUSTEE'S OBJ TO APPLICATION |
| Applicant. | : | FOR ATTORNEY FEES |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the Fourth Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: