UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LARRY VERON HOGG : CHAPTER 13
      Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
LARRY VERON HOGG :
      Respondent : CASE NO. 1-20-bk-01725

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this 12th day of August, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. The plan is underfunded relative to claims to be paid – 100% plan. Must pay $768.00 more to be fully funded based on the Trustee's calculations.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s) plan.
        b. Dismiss or convert debtor(s) case.
        c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

        BY:       /s/Douglas R. Roeder
                      Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 12th day of August, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brent Diefenderfer, Esquire
135 North George Street
York, PA 17401

            /s/Deborah A. Behney
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee