UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LARRY VERON HOGG            :  CHAPTER 13
        Debtor(s)                  :
                                   :
        JACK N. ZAHAROPOULOS        :
        STANDING CHAPTER 13 TRUSTEE :
        Movant                     :
                                   :
        vs.                        :
                                   :
        LARRY VERON HOGG            :
        Respondent(s)              :  CASE NO.  1-20-bk-01725

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

        AND NOW, this  17th  day of August, 2022, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about August 12, 2022 be withdrawn as all issues have been resolved.

                          Respectfully submitted:

                          /s/Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this  17th  day of August, 2022, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Brent Diefenderfer, Esquire
135 North George Street
York, PA   17401

                          /s/Deborah A. Behney
                          Office of Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee