# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Larry Veron Hogg

Case No.: 1-20-01725HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | M & T |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 4776 |
| Property Address if applicable: | 5611 Mount Pisgah Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,260.72 |
| b. | Prepetition arrearages paid by the trustee: | $6,260.72 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $6,260.72 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: June 22, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Larry Veron Hogg            Case No.: 1-20-01725HWV

Chapter 13

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 22, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Brent Diefenderfer, Esquire
CGA Law Firm
135 North George St
York PA 17401

**Served by First Class Mail**
M&T Bank
PO Box 1288
Buffalo NY 14240-01288

Larry Veron Hogg
5611 Mount Pisgah Rd
York PA 17406

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2023                    /s/ Liz Joyce
                                                     Office of the Standing Chapter 13 Trustee
                                                     Jack N. Zaharopoulos
                                                     Suite A, 8125 Adams Dr.
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097
                                                     email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-01725  **LARRY VERON HOGG**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY 14240-

Sequence: 24
Modify:
Filed Date: 6/26/2020 12:00:00AM
Hold Code: D

Acct No: 4776/PRE ARREARS/5611 MO

8/10/22 - 2ND AP TO PAY ONLY $6,260.72 AND BALANCE THROUGH LOAN MODIFICATION

|  | Amt Sched: | $80,899.00 | Debt: | $6,260.72 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $6,260.72 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | | 07/13/2022 | 9014291 | $598.03 | $0.00 | $598.03 | 07/13/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 9014083 | $598.03 | $0.00 | $598.03 | 06/14/2022 |
| 520-0 | M & T BANK | | 04/12/2022 | 9013657 | $598.03 | $0.00 | $598.03 | 04/12/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 9013439 | $598.03 | $0.00 | $598.03 | 03/16/2022 |
| 520-0 | M & T BANK | | 02/16/2022 | 9013216 | $598.03 | $0.00 | $598.03 | 02/16/2022 |
| 520-0 | M & T BANK | | 01/19/2022 | 9012993 | $598.03 | $0.00 | $598.03 | 01/19/2022 |
| 520-0 | M & T BANK | | 12/15/2021 | 9012752 | $598.03 | $0.00 | $598.03 | 12/15/2021 |
| 520-0 | M & T BANK | | 11/16/2021 | 9012502 | $598.02 | $0.00 | $598.02 | 11/16/2021 |
| 520-0 | M & T BANK | | 10/14/2021 | 9012249 | $615.72 | $0.00 | $615.72 | 10/14/2021 |
| 520-0 | M & T BANK | | 09/14/2021 | 9011998 | $552.77 | $0.00 | $552.77 | 09/14/2021 |
| 520-0 | M & T BANK | | 07/14/2021 | 9011479 | $188.00 | $0.00 | $188.00 | 07/14/2021 |
| 520-0 | M & T BANK | | 06/16/2021 | 9011215 | $120.00 | $0.00 | $120.00 | 06/16/2021 |

Sub-totals: $6,260.72  $0.00  $6,260.72

Grand Total: $6,260.72  $0.00

Case 1:20-bk-01725-HWV   Doc 101   Filed 06/22/23   Entered 06/22/23 10:03:03   Desc   1
Page 4 of 4