**Fill in this information to identify the case:**

Debtor 1: Larry Veron Hogg

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number: 20-01725 HWV

# Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** M&T Bank

**Court claim no. (if known):** 1-3

**Last 4 digits** of any number you use to identify the debtor's account: 4776

**Property address:**
5611 Mount Pisgah Road
York, PA 17406

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ 11,780.16
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00
c. **Total.** Add lines a and b. (c) $ 11,780.16

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 04 / 01 / 2022

| Debtor(s) | Larry Veron Hogg | | Case Number (if known): 20-01725 HWV |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
Denise Carlon
13 Jul 2023, 13:57:51, EDT

Date    07/13/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## Bankruptcy Ledger Information:

| Borrower: | HOGG,LARRY V | Address: | 5611 MOUNT PISGAH ROAD | Prin Bal: | $54,708 46 | Investor Type: | FHMLC |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | HOGG,KATRINA S | City: | YORK | Add Prin Bal: | $0 00 | Investor #: | |
| Due Date: | 12/01/2018 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account | |
| Last Pmt Appd On: | 05/01/2023 | Zip Code: | 17406 | Total Pmt Amt: | $1,090 22 | PLS Client ID: | |

### Filing Information

| Bankruptcy Chapter: | Chapter13Filed | Bankruptcy Case Number: | 20-01725 | Bankruptcy Filing Date: | 06/02/2020 | Bankruptcy Debtor: | |
|---|---|---|---|---|---|---|---|
| Bankruptcy Debtor 1 Name: | LARRY V HOGG | Bankruptcy Debtor 2 Name: | KATRINA S HOGG | First Post Petition Due Date: | | Current Post Petition Due Date: | 04/01/2022 |
| Post Petition Payment Amount: | $736 26 | | | | | | |

### Additional Post Petition Amounts Due

No Data Available

### Comments

Row Count = 0

| Comment Type | Comment Line 1 Description | Comment Line 2 Description | Comment Line 3 Description |
|---|---|---|---|

No Data Available

### Ledger Information

Row Count = 32

| History Entry Source | Ledger Date | Received Amount | Payment Due Date | Activity Description | History Type | Payment Effective Date | Check Date | Check Number | Applied Amount | Post Petition Payment Due Amount | New Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| InsideHostSystemGeneratedEntry | 11/22/2022 | | | PLAN 1 DISTRIBUTION FROM PLAN 1 SUSP | PostPetitionPlan1 | | | | -$4 18 | | $0 00 |
| InsideHostSystemGeneratedEntry | 11/22/2022 | | | ATTNY FEES & CST BKY | PostPetitionPlan1 | | | | $4 18 | | |
| InsideHostSystemGeneratedEntry | 07/21/2022 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$1,191 88 | | $4 18 |
| InsideHostSystemGeneratedEntry | 07/21/2022 | | 09/01/2018 | PRE-PETITION PAYMENT | Trustee | | | | $1,191 88 | | |
| InsideHostSystemGeneratedEntry | 07/21/2022 | | | PRE-PETITION PAYMENT ESCROW | Trustee | | | | | $788 77 | |
| InsideHostSystemGeneratedEntry | 07/20/2022 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 07/13/2022 | 9014291 | $598 03 | | $1,196 06 |
| InsideHostSystemGeneratedEntry | 06/17/2022 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 06/14/2022 | 9014083 | $598 03 | | $598 03 |
| InsideHostSystemGeneratedEntry | 04/19/2022 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$1,794 09 | | $0 00 |
| InsideHostSystemGeneratedEntry | 04/19/2022 | | | ATTNY FEES & CST FCL | Trustee | | | | $1,794 09 | | |
| InsideHostSystemGeneratedEntry | 04/18/2022 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 04/12/2022 | 9013657 | $598 03 | | $1,794 09 |
| InsideHostSystemGeneratedEntry | 03/21/2022 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 03/16/2022 | 9013439 | $598 03 | | $1,196 06 |
| InsideHostSystemGeneratedEntry | 02/28/2022 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 02/16/2022 | 9013216 | $598 03 | | $598 03 |
| InsideHostSystemGeneratedEntry | 01/27/2022 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$598 03 | | $0 00 |
| InsideHostSystemGeneratedEntry | 01/27/2022 | | | ATTNY FEES & CST FCL | Trustee | | | | $598 03 | | |
| InsideHostSystemGeneratedEntry | 01/26/2022 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 01/19/2022 | 9012993 | $598 03 | | $598 03 |
| InsideHostSystemGeneratedEntry | 12/22/2021 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$598 03 | | $0 00 |
| InsideHostSystemGeneratedEntry | 12/22/2021 | | | ATTNY FEES & CST FCL | Trustee | | | | $598 03 | | |
| InsideHostSystemGeneratedEntry | 12/21/2021 | $598 03 | | TO TRUSTEE SUSPENSE | Trustee | | 12/15/2021 | 9012752 | $598 03 | | $598 03 |
| InsideHostSystemGeneratedEntry | 12/16/2021 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$1,213 74 | | $0 00 |
| InsideHostSystemGeneratedEntry | 12/16/2021 | | | ATTNY FEES & CST FCL | Trustee | | | | $1,213 74 | | |
| InsideHostSystemGeneratedEntry | 11/22/2021 | $598 02 | | TO TRUSTEE SUSPENSE | Trustee | | 11/16/2021 | 9012502 | $598 02 | | $1,213 74 |
| InsideHostSystemGeneratedEntry | 10/21/2021 | $615 72 | | TO TRUSTEE SUSPENSE | Trustee | | 10/14/2021 | 9012249 | $615 72 | | $615 72 |
| InsideHostSystemGeneratedEntry | 09/20/2021 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$552 77 | | $0 00 |
| InsideHostSystemGeneratedEntry | 09/20/2021 | | | ATTNY FEES & CST FCL | Trustee | | | | $552 77 | | |
| InsideHostSystemGeneratedEntry | 09/17/2021 | $552 77 | | TO TRUSTEE SUSPENSE | Trustee | | 09/14/2021 | 9011998 | $552 77 | | $552 77 |
| InsideHostSystemGeneratedEntry | 07/20/2021 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$188 00 | | $0 00 |
| InsideHostSystemGeneratedEntry | 07/20/2021 | | | ESCROW SHORTAGE | Trustee | | | | $144 76 | | |
| InsideHostSystemGeneratedEntry | 07/20/2021 | | | ATTNY FEES & CST FCL | Trustee | | | | $43 24 | | |
| InsideHostSystemGeneratedEntry | 07/19/2021 | $188 00 | | TO TRUSTEE SUSPENSE | Trustee | | 07/14/2021 | 9011479 | $188 00 | | $188 00 |
| InsideHostSystemGeneratedEntry | 06/23/2021 | | | PRE-PET DISTRIBUTION FROM TRUSTEE SUSP | Trustee | | | | -$120 00 | | $0 00 |
| InsideHostSystemGeneratedEntry | 06/23/2021 | | | ESCROW SHORTAGE | Trustee | | | | $120 00 | | |
| InsideHostSystemGeneratedEntry | 06/22/2021 | $120 00 | | TO TRUSTEE SUSPENSE | Trustee | | 06/16/2021 | 9011215 | $120 00 | | $120 00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Veron Hogg<br>                      Debtor(s)<br><br>M&T Bank<br>           v.<br>Larry Veron Hogg<br>           and<br>Jack N. Zaharopoulos<br>           Trustee | Chapter 13<br><br>NO. 20-01725 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on March 28, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5611 Mount Pisgah Road York, PA 17406.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 9, 2022

# Notice Recipients

District/Off: 0314−1    User: AutoDocketer    Date Created: 11/9/2022
Case: 1:20−bk−01725−HWV    Form ID: pdf010    Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Brent Diefenderfer    bdiefenderfer@cgalaw.com
aty    James Warmbrodt    jwarmbrodt@kmllawgroup.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
　　　Katrina S. Hogg    5611 Mount Pisgah Road    York, PA 17406

TOTAL: 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Larry Veron Hogg**<br>　　　　　　　　　**Debtor(s)**<br><br>**M&T Bank**<br>　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Larry Veron Hogg**<br>　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　**Trustee** | **BK NO. 20-01725 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 1-3** |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 13, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Larry Veron Hogg
5611 Mount Pisgah Road
York, PA 17406

<u>Attorney for Debtor(s) (via ECF)</u>
Brent Diefenderfer
CGA Law Firm
135 North George Street
York, PA 17401

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>July 13, 2023</u>

　　　　　　　　　　　　　　　　　　　*/s/ Denise Carlon*
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com